JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA–WESTERN DIVISION

| | |
|---|---|
| Pascucci, Inc., <br><br>　　　Plaintiff, <br><br>　　　v. <br><br>Caffè Pascucci Torrefazione S.P.A., et al, <br><br>　　　Defendants. | Case 2:11-cv-00725-RGK –RZ <br><br> Order re Dismissal with Prejudice <br><br> FED. R. CIV. P. 41(a)(1) |

The parties having stipulated to dismissing this action in its entirety with prejudice pursuant to Fed. R. Civ. P. 41(a)(2), **it is ordered:**

This action is dismissed with prejudice. Each party will bear its own costs and attorney fees.

December 20, 2011

_____
United States District Judge